| THOMAS P. HUBERT | * | NO. 2019-CA-0400 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| JOANNE CURREN, GARY C. LANDRIEU & LANDRIEU CONSTRUCTION, INC. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**BARTHOLOMEW-WOODS, J., CONCURS IN THE RESULT**